CR 23-155 SRN/DLM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

(1) OBUATAWAN LEON HOLT,
    a/k/a "Bone," and

(2) LATOYA BEA SMITH,

    Defendants.

**INDICTMENT**

18 U.S.C. § 922(d)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 1623
21 U.S.C. § 853(p)

THE UNITED STATES GRAND JURY CHARGES THAT:

## INTRODUCTION

At times relevant to this Indictment:

Defendants OBUATAWAN LEON HOLT, a.k.a. "Bone," and LATOYA BEA SMITH, resided in the State and District of Minnesota.

Defendant OBUATAWAN LEON HOLT, a.k.a. "Bone," was a member and associate of, and defendant LATOYA BEA SMITH was an associate of, a criminal organization, namely, the Minneapolis Bloods street gang (hereinafter, the "Bloods"). At all times relevant to this Indictment, the Bloods operated in the District of Minnesota, and elsewhere.

## COUNT 1
(Felon in Possession of Firearms)

On or about November 16, 2021, in the State and District of Minnesota,

1



SCANNED
APR 26 2023
U.S. DISTRICT COURT MPLS

the defendant,

## OBUATAWAN LEON HOLT,
### a/k/a Bone,

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Controlled Substance Crime in the Third Degree | Hennepin County, MN | April 14, 1999 |
| Controlled Substance Crime in the Fifth Degree | Hennepin County, MN | December 12, 2001 |
| Controlled Substance Crime in the Fifth Degree | Hennepin County, MN | December 12, 2001 |
| Controlled Substance Crime in the Fifth Degree | Hennepin County, MN | August 5, 2003 |
| Conspiracy to Distribute and Possess with the Intent to Distribute – Cocaine Base (Crack) | U. S. District Court (Minnesota) | April 2, 2009 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, the following firearms:

- a Smith & Wesson, model M&P40 M2.0, .40 caliber semi-automatic pistol, bearing serial number NJX2527;

- a Smith & Wesson, model SD9VE, 9mm semi-automatic pistol, bearing serial number FDC6138;

- a CZ Arms, model P-10F, 9mm semi-automatic pistol, bearing serial number E014705;

- a Rock Armory, model M1911 A1-FS, .45 caliber semi-automatic pistol, bearing serial number RIA2301254;

all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2
(Transfer of Firearms to a Felon)

On or about November 16, 2021, in the State and District of Minnesota, the defendant,

**LATOYA BEA SMITH,**

knowingly disposed of the following firearms:

- a Smith & Wesson, model M&P40 M2.0, .40 caliber semi-automatic pistol, bearing serial number NJX2527;

- a Smith & Wesson, model SD9VE, 9mm semi-automatic pistol, bearing serial number FDC6138;

- a CZ Arms, model P-10F, 9mm semi-automatic pistol, bearing serial number E014705;

- a Rock Armory, model M1911 A1-FS, .45 caliber semi-automatic pistol, bearing serial number RIA2301254;

to OBUATAWAN LEON HOLT, knowing and having reasonable cause to believe that OBUATAWAN LEON HOLT had been convicted of a crime punishable by imprisonment for a term exceeding one year, all in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

## FORFEITURE ALLEGATIONS

Counts 1 and 2 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

If convicted of Counts 1 and 2, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms, accessories or ammunition involved in or used in connection with the violation, including but not limited to, the Smith & Wesson, model M&P40 M2.0, .40 caliber semi-automatic pistol, bearing serial number NJX2527; the Smith & Wesson, model SD9VE, 9mm semi-automatic pistol, bearing serial number FDC6138; the a CZ Arms, model P-10F, 9mm semi-automatic pistol, bearing serial number E014705; and the Rock Armory, model M1911 A1-FS, .45 caliber semi-automatic pistol, bearing serial number RIA2301254 charged in Counts 1 and 2 of the Indictment; and any ammunition seized therewith.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____  _____
UNITED STATES ATTORNEY              FOREPERSON