UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-155 (SRN/TNL)

UNITED STATES OF AMERICA,

    Plaintiff,

v.                         **MOTION TO DISMISS**

(2) LATOYA BEA SMITH,

    Defendant.

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Joseph S. Teirab and Esther S. Mignanelli, Assistant United States Attorneys, hereby moves the Court for an order dismissing the Indictment without prejudice against the above-named defendant, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: July 27, 2023                         Respectfully submitted,

                                               ANDREW M. LUGER
                                               United States Attorney

                                               */s/ Joseph S. Teirab*

                                               BY: JOSEPH S. TEIRAB
                                               ESTHER S. MIGNANELLI
                                               Assistant U.S. Attorneys