UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-155 (SRN/TNL)

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**LATOYA BEA SMITH (2)**,

    Defendant.

**ORDER OF DISMISSAL**

**IT IS HEREBY ORDERED** that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal [Docket No. 43] is hereby **GRANTED** and the Indictment against the above-named defendant is **dismissed without prejudice**.

Dated: Thursday, July 27, 2023

*s/ Susan Richard Nelson*
Susan Richard Nelson
United States District Judge